USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.E., individually and on behalf of J.R., a
child with a disability, and individually and
on behalf of C.R., a child with a disability,

                              Plaintiff,

                    v.

NEW YORK CITY DEPARTMENT OF
EDUCTION,

                              Defendant.

---

No. 22-CV-7181 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    October 12, 2022
          New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge